1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

ALAN JOHN FRICKX,

              Plaintiff,

v.

LUIS MACIA VENEGAS, ET AL.,

              Defendants.

Case No. 2:19-cv-00942-JAD-DJA

**ORDER**

This matter is before the Court on Plaintiff Alan John Frickx's payment of the filing fee on June 26, 2020.  The Court previously granted Plaintiff's request to proceed *in forma pauperis* and screened the complaint pursuant to 28 U.S.C. § 1915.  (ECF No. 4).  It dismissed his original complaint without prejudice for failure to state a claim on March 25, 2020 and granted him leave to amend by April 15, 2020.  *Id.*  Then Plaintiff requested additional time, which the Court granted, and his Amended Complaint was filed by May 26, 2020.  (ECF No. 8).  The Court screened his Amended Complaint and permitted it to proceed past screening on May 28, 2020. (ECF No. 11).  It provided Plaintiff with further instructions on completing service with assistance from the U.S. Marshal's Office given his *in forma pauperis* status.  (Id.)

However, given that Plaintiff has voluntarily paid the full filing fee, ECF No. 13, the Court finds that it is appropriate to revoke his *in forma pauperis* status and order that he proceed with service without assistance from the U.S. Marshal's Office as he has demonstrated that he has the resources to proceed.

IT IS THEREFORE ORDERED that:

1.  Plaintiff's *in forma pauperis* status is revoked due to his voluntarily payment of the full filing fee and the Clerk of the Court shall remove the IFP designation on this case.

2.  Plaintiff shall complete service pursuant to Rule 4(m) of the Federal Rules of Civil

Procedure and shall not receive the assistance of the U.S. Marshal's Office.

DATED: June 29, 2020.

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE