NORTH LAS VEGAS CITY ATTORNEY
Micaela Rustia Moore, Nev. Bar No. 9676
City Attorney
Christopher D. Craft, Nev. Bar No. 7314
Senior Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAN JOHN FRICKX, | CASE NO.: 2:19-cv-00942-JAD-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |
| LUIS MACIAS VENEGAS, JASON SCARALE, TIMOTHY FRABBIELE YOLANDA SAIP, | ECF Nos. 27, 28, 32 |
| Defendants. | |

**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff ALAN JOHN FRICKX ("Plaintiff"), and Defendants LUIS MACIAS VENEGAS, JASON SCARALE, TIMOTHY FRABBIELE and YOLANDA SAIP ("Defendants"), by and through their respective counsel, that all of Plaintiff's claims in the above-entitled matter be dismissed without prejudice.

IT IS FURTHER STIPULATED that the statute of limitations is waived for ninety (90) days from the date of the Court's Minutes of Proceedings, July 14, 2021 [Dkt. 31].

IT IS FURTHER STIPULATED that Plaintiff will have up to and including October 12, 2021 to refile his case.

#QXL7MQPX0D43H8v1

IT IS FURTHER STIPULATED that if Plaintiff does not refile his case within ninety (90) days of the date of the Court's Minutes of Proceedings, this matter is dismissed with prejudice.

IT IS FURTHER STIPULATED that each Party will bear its own respective costs and attorney's fees.

| | |
|---|---|
| DATED this 14th day of July, 2021 | DATED this 14th day of July, 2021 |
| NORTH LAS VEGAS CITY ATTORNEY | |
| By  /s/ Christopher D. Craft | /s/ Alan John Frickx |
| Micaela Rustia Moore, Nev. Bar No. 9676 | Alan John Frickx |
| City Attorney | 3657 Pinnate Drive |
| Christopher D. Craft, Nev. Bar No. 7314 | Las Vegas, Nevada 89147 |
| Senior Deputy City Attorney | *Plaintiff* |
| 2250 Las Vegas Blvd. North, Suite 810 | |
| North Las Vegas, Nevada 89030 | |
| (702) 633-1050 | |
| *Attorneys for Defendants* | |

### ORDER

Based on the parties' stipulation **[ECF No. 32]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED, each side to bear its own fees and costs.  All pending motions **[ECF Nos. 27, 28]** are DENIED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 21, 2021

#QXL7MQPX0D43H8v1